Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

MICHAEL WAYNE COX

CASE NO. 10-70012-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1:  xxx-xx- 5321 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:  _2/9/2010_   Orig. Time:   _12:00 PM_        Reset Date:            Reset Time:

B. Meeting Results:        _Adjourned_

C. Debtor(s):   _Debtor 1 Appeared_

D. Attorney for Debtor(s):    _Appeared_

E. Creditor Appearance:    None

F. Amount Paid to the Trustee as of        2/9/2010      _$0.00_      First Payment Due Date:       _2/13/2010_

G. File Trustee's Motion to Dismiss because

H. B22C Information:        B22C Form is:        _Complete_

    Budgeted Income:     _$4,100.00_    Expense:        _$3,280.00_    Surplus:        _$820.00_

    Plan Payment:    _$820.00_  _Monthly_                                        Plan Term(Months):    _60_

I. Value of Non-Exempt Property:        _$4,356.00_   Proposed Amount to Unsecured Creditors:        _$0.00_

    ___ Objection to Exemption of:

    ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

    ___ Object to Invoke Stay Pleading

    ___ Case Converted from Chapter 7, Bar Date Set:     _5/10/2010_    Date Converted from Chapter 7:

J. Required Information:    _Mrs income records or affidavit -- testimony is fine - corrected_

K. Business Information:

L. Object to Confirmation:    _Yes_

    Sch B fails to correctly list all assets
    Non-exempt can't be determined until Sch B is amended
    Feasibility until non-exempt property can be determined

M. Financial Management Class:    _Debtor 1 Appeared_

N. Eligibility:

    Certificate of Credit Counseling Filed:    _Debtor 1_

    Credit Counseling Provider Approved:                    _Yes_

    Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):        _No_

O. Domestic Support Obligation:        _$0.00_    Current:            Arrears:        _$0.00_

    Affidavit and Disclosure of Domestic Support Obligations Received:   _Yes_

P. Remarks:    MTD
            -Mrs income records or affidavit
        Questions
            -Mrs income records or affidavit.
                -Separated is not divorced, need Mrs income records.
            No bank statements or income is passed between the two. Separated over a year ago.
                -Mr & Mrs getting divorced or reconciling still an option?
            No
                -Sch B fails to correctly list all assets
                -Sch B simply lists "12 guns", need legal description.
                -Are all retirement accounts, bank accounts, & cash disclosed?
            -Non-exempt can't be determined until Sch B is amended

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

           -Non-exempt property amount should be $_____
      -Sch I fails to include all income
          -Mr employed?
            -When where, salary, need stubs & WW
No,
        -No unemployment, retirement, SS, wife's contribution? Any income of any kind?
No
        -Are all business ventures closed?
Yes
       -Any planned?
No
Objections
      -Sch B fails to correctly list all assets
      -Non-exempt can't be determined until Sch B is amended
      -Feasibility until non-exempt property can be determined
      -Sch I fails to include all income -- will not be pursued
      -Failure to include all disposable income-- will not be pursued

Dated:      2/9/2010                            /s/ Walter O'Cheskey

                                       Standing Bankruptcy Trustee
                                       By:     Brent Hagen

Page 3 of 4

| Case Number: | | | | | 10-70012 |
|---|---|---|---|---|---|
| Debtor: | | | | | Cox |
| Attorney: | | | | | MJW |
| Presiding Officer: | | | | | Brent Hagan |
| Calculation Date: | | | | | 2/9/2010 9:40 |

| Domestic Support  Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $40,201.00 | | 60 | $670.02 | $40,201.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $2,699.00 | | | | $2,699.00 |
|---|---|---|---|---|---|
| Noticing Fees | $75.20 | | | | $75.20 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $4,356.00 | | | | |
| Less Trustee Fees | $435.60 | | | | |
| Less Attorney Fees | $2,699.00 | | | | |
| Less Noticing Fees | $75.20 | | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $40,201.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $87,879.18 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $47,741.87 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $49,200.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $1,458.13 |

**Comments:**

| Case Number: | 0 |
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 2/9/2010 9:40 |

| | | |
|---|---|---|
| Schedule I Gross Income | | $0.00 |
| Less Line 57 B22C | | $0.00 |
| | | |
| Adjustments (Enter as positive to add, negative to subtract) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| Month Disposable Income Available | | $0.00 |
| Multiplier | | 60 |
| Minimum to Unsecureds | | $0.00 |

**Comments:**